Tuesday, March 17, 1998

# DISCIPLINARY DOCKET

98–386. Cincinnati Bar Assn. v. Weber.
This case was filed on February 25, 1998, upon the filing of a certified report under Gov.Bar R. V(6)(L), by the Board of Commissioners on Grievances and Discipline (the "board"). The report named both Robert W. Worth and Donald L. Weber as respondents. Upon review of the board's certified report, it appears that the complaint against respondent Donald L. Weber had been dismissed by the board, and therefore Donald L. Weber should not have been included as a respondent in a case filed in this court. Accordingly,

IT IS ORDERED by the court, sua sponte, that this case involving Donald L. Weber be, and hereby is, dismissed.

Wednesday, March 18, 1998

# MOTION DOCKET

98–465. State v. Untied.
Muskingum App. No. 960058. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

# MISCELLANEOUS DISMISSALS

95–2543. State ex rel. Paige v. Indus. Comm.
Franklin App. No. 94APD07–1102. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

96–2860. State ex rel. Ohio Power Co. v. Harper.
Franklin App. No. 95APD09–1233. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, dismissed.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.